UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DERRICK REAVES,** | : | Case No. C1-02-100 |
| Petitioner, | : | |
| | : | Judge Weber |
| v. | : | Magistrate Judge Hogan |
| | : | |
| **HARRY K. RUSSELL, WARDEN,** | : | |
| Respondent. | : | |

### RESPONDENT'S NOTICE OF CHANGE OF ADDRESS

Respondent hereby notifies the Court that the undersigned counsel's office has moved. The following address is effective immediately.

Corrections Litigation
150 East Gay Street, 16th Floor
Columbus, Ohio 43215

Respectfully submitted,

JIM PETRO (0022096)
Ohio Attorney General

s/ Stephanie L. Watson
Stephanie L. Watson (0063411)
Assistant Attorney General
Trial Attorney
Corrections Litigation Section
150 East Gay Street – 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 FAX
slwatson@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was forwarded electronically or via regular U. S. Mail to Petitioner: Derrick Reaves, #349-081, Lebanon Correctional Institution, P.O. Box 56, Lebanon, Ohio 45036, this 17th day of October, 2003.

                                          s/ Stephanie L. Watson
                                          STEPHANIE L. WATSON (0063411)
                                          Assistant Attorney General