UNITED STATES POSTAL SERVICE | First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DISTRICT COURT
821 Potter Stewart Courthouse
100 East 5th Street
Cincinnati, OH 45202

1:02CV100
4815148BE
Doc #13

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _CCdL_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): CLARKE   C. Date of Delivery: 4-13-04<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Derrick Reaves<br>#349-081<br>Chillicothe Correctional Institution<br>P.O. Box 5500<br>Chillicothe, OH 45601 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0002 0889 9353 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540