• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES DISTRICT COURT
103 ~~324~~ Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

C-02-100 #15

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Cec | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>C Clarke | C. Date of Delivery<br>3-28-05 |
| 1. Article Addressed to:<br>Derrick Reaves<br>#349-081<br>Chillicothe Corr. Inst.<br>P.O. Box 5500<br>Chillicothe, Ohio<br>45601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1410 2227 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |