UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DERRICK REAVES,** | : | Case No.  1:02cv100 |
| Petitioner, | : | |
| | : | Judge Weber |
| v. | : | Magistrate Judge Hogan |
| | : | |
| **TIM BRUNSMAN, WARDEN,** | : | |
| Respondent. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given of the appearance of Assistant Attorney General Jerri L. Fosnaught (0077718) as counsel for Respondent, in substitution of Stephanie L. Watson (0063411).  This Notice is effective immediately.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General


s/Jerri L. Fosnaught
JERRI L. FOSNAUGHT (0077718)
Assistant Attorney General
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233
FAX: (614) 728-9327
jfosnaught@ag.state.oh.us

Counsel for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Appearance and Substitution of Counsel* was electronically filed on April 26, 2005. I also certify that a copy of the foregoing *Notice of Appearance and Substitution of Counsel* was sent to Petitioner Derrick Reaves, # 349-081, at the Chillicothe Correctional Institution, P.O. Box 5500, Chillicothe, Ohio 45601, via 1st class U.S. Mail on this same day.

                                                s/Jerri L. Fosnaught
                                                JERRI L. FOSNAUGHT
                                                Assistant Attorney General