1    Evidence is the testimony received from the
2    witnesses, exhibits admitted during the trial and
3    any facts agreed to by counsel.  Evidence does not
4    include answers that you were instructed to
5    disregard or the opening statements and the closing
6    arguments of counsel.
7        You must not speculate as to why the Court
8    sustained the objection to any question, nor what
9    the answer to such a question might have been.
10        You must not draw any inference or
11   speculate upon the truth of any suggestion included
12   in a question that was not answered.
13        Evidence may be direct or circumstantial
14   or a combination of the two.
15        Direct evidence is testimony given by a
16   witness who has seen or heard the facts to which he
17   testifies.  It include exhibits admitted into
18   evidence during the trial.
19        Circumstantial evidence.  Circumstantial
20   evidence is the proof of facts by direct evidence
21   from which you may infer other related reasonable
22   facts or conclusions.
23        You may not make one inference from
24   another inference, but you may draw more than one
25   inference from the same facts or circumstances.

EXHIBIT 2

```
 1          Circumstantial evidence and direct
 2  evidence inherently possess the same probative
 3  value and, therefore, should be subjected to the
 4  same standard of proof.
 5          Credibility.  You, the jury, are the sole
 6  judges of the facts, the credibility of the
 7  witnesses and the weight of the evidence.
 8          To weigh the evidence you must consider
 9  the credibility of each person who testified.  You
10  will apply the tests of truthfulness which you
11  apply in your daily lives.  These tests include the
12  appearance of each witness upon the stand, his
13  manner of testifying, the reasonableness of his
14  testimony, the opportunity that he had to see, hear
15  and know the things concerning which he testified,
16  his accuracy of memory, frankness or lack of it,
17  intelligence, interest and bias, if any, together
18  with all of the facts and circumstances surrounding
19  the testimony.
20          Applying these tests, you will assign to
21  the testimony of each witness such weight as you
22  deem proper.
23          You are not required to believe the
24  testimony of any witness simply because he or she
25  was under oath.  You may believe or disbelieve all
```

1   to testimony.

2       Exhibits. A number of exhibits and
3   testimony relating to them were introduced. You
4   will determine what weight, if any, the exhibits
5   should receive in the light of all of the evidence.

6       Sympathy and antipathy. Circumstances in
7   the case may arouse sympathy or antipathy for one
8   person or another. Sympathy and antipathy are
9   common human experiences. The law does not expect
10  you to be free of such normal reaction.

11      However, the law and your oath as jurors
12  requires you to disregard sympathy and antipathy
13  and to permit neither of them to influence your
14  verdict.

15      Definitions. At this point, the Court
16  will define for you certain words that will be used
17  in the balance of the instruction.

18      Purpose. You will hear the word purpose
19  or purposely. A person acts purposely when it is
20  his specific intention to cause a certain result.

21      Complicitor. Mere presence at the scene
22  of a crime does not make one guilty of the crime,
23  nor does mere observation of the crime, nor does
24  mere association with the perpetrator of the crime,
25  nor does mere failure to object to the crime.

1   In order to show complicity, it is upon
2   the State to establish that the defendant took some
3   affirmative action to assist and to encourage or
4   participate in the principal offender's commission
5   of the crime by some act, deed, word or gestures.
6   The prosecution does not contend that
7   these defendants were the only offenders and that
8   they alone personally performed every act necessary
9   to commit the crime.
10  A person can commit a crime without
11  performing each and every act which constitutes the
12  crime if he acted as an aider and abetter in
13  committing with the present offense.
14  One could be guilty of the offense as
15  principal offender or complicitor. One is liable
16  as a complicitor for the criminal acts of another
17  if he purposely or knowingly solicited or procured
18  or aided or abetted another in committing the
19  offense.
20  Solicit means to seek, to ask, to
21  influence, to invite, to attempt, to lead on, to
22  bring pressure to bear.
23  Procure means to get, obtain, induce,
24  bring about, motivate.
25  Aid means to help, assist or strengthen.

```
 1              Abet means to encourage, counsel, incite
 2    or assist.
 3              To be guilty as a complicitor, the
 4    defendant must act with the degree of culpability
 5    required for the commission of an offense.
 6              Degree of culpability refers to the mental
 7    state required for the offense.  The mental state
 8    required for murder is purposely.
 9              If you find beyond a reasonable doubt that
10    two or more persons have had a common purpose to
11    commit an offense or offense, that one performed
12    one part of the criminal conduct which constituted
13    the offense or offenses and the other performed
14    another part of the criminal conduct, then both are
15    equally guilty, and your verdict as to the offender
16    who performed the lesser part will be guilty of
17    whatever offense was, in fact, committed.
18              The complicitor is treated as if being the
19    principal offender and is as guilty as if he
20    personally performed every act or element
21    constituting the offense.
22              Summary.  In review, then, because you
23    could find a defendant guilty as an aider and
24    abettor in this case, you must find beyond a
25    reasonable doubt the following elements:
```

1       One, that the offense of murder was, in
2  fact, committed.
3       Two, that the particular defendant aided
4  or abetted another person in committing the conduct
5  constituting that offense.
6       Three, that the particular defendant
7  engaged in criminal activity constituting the
8  offense of murder with the same mental state as the
9  other individual or individuals who committed the
10  crime of murder.
11       Guilt or innocence.  If the prosecutor has
12  proved all of the essential elements of an offense
13  beyond a reasonable doubt, you must find the
14  defendant guilty of that offense.
15       If the prosecution failed to prove any one
16  of these essential elements of an offense beyond a
17  reasonable doubt, you must find the defendant not
18  guilty of that offense.
19       Charges against the defendant.  The
20  defendants are each charged with murder, an offense
21  described in Section 2923.02 (A) of the Ohio
22  Revised Code.
23       Definition of murder.  Murder is defined
24  as follows:  No person shall purposely cause the
25  death of another.