**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0008 6348 2795

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:02cv100
doc. 20

Sent To: Derrick Reaves # 349-081
Street, Apt. No., or PO Box No.: PO Box 5500
City, State, ZIP+4: Chillicothe, OH 45601

PS Form 3800, January 2001              See Reverse for Instructions