U.S. Postal Service

**CERTIFIED MAIL RECEIPT**

*(Domestic Mail Only: No Insurance Coverage Provided)*

O F F I C I A L    U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *Derrick Reaves #349-087*

Street, Apt. No.; or PO Box No.  *Chillicothe Corr Instex.*
*P.O. Box 5500*

City, State, ZIP+4  *Chillicothe, OH 45601*

PS Form 3800, April 2002    See Reverse for Instructions.

7002 0460 0000 1408 9597

7002 0460 0000 1408 9597

*CERTIFIED MAIL*

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE