**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**DERRICK REAVES,**

      **Plaintiff,**

-vs-                                                  Case No.    C-1-02-100

**WARDEN JAMES ERWIN,**

      **Defendant,**

---

### JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  x    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Petitioner's remaining claims for relief alleged in Grounds One through Three of his Petition for Writ of Habeas Corpus are Denied with Prejudice.


Date:   November 18, 2005                                JAMES BONINI., CLERK

                                                                     By:s/   Darlene Maury
                                                                     Darlene Maury, Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**DERRICK REAVES,**

      **Plaintiff,**

-vs-                                                        Case No.    C-1-02-100

**WARDEN JAMES ERWIN,**

      **Defendant,**

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED**

Petitioner's remaining claims for relief alleged in Grounds One through Three of his Petition for Writ of Habeas Corpus are Denied with Prejudice.


Date:    November 18, 2005                                 JAMES BONINI., CLERK

                                                                     By:s/   Darlene Maury
                                                                     Darlene Maury, Deputy Clerk

Case 1:02-cv-00100-HJW-TSH   Document 23   Filed 11/18/2005   Page 4 of 4