FILED
JAMES BONINI
CLERK

05 DEC 19 PM 3:47

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick Reaves,
    Petitioner,

    Case No: C-1-02-100

V.

    Notice of Appeal

Tim Brunsman,
    Respondent.

### Notice of Appeal to a Court of Appeals From A Judgment or Order of A District Court

Notice is hereby given that Derrick Reaves, Petitioner, hereby appeals the United States District Court's Order/Decision of this Court, entered in the above captioned proceeding on November 18, 2005.

*Derrick Reaves*
Derrick Reaves, Petitioner
in pro se

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this NOTICE OF APPEAL was sent by Regular U.S. Mail to: Attorney General's Office, Correctional Litigation Section, Att. Jerri Fosnaught, Assistant Attorney General, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215 on this 12th day of Dec., 2005.

Derrick Reaves, Petitioner
pro se

*Derrick Reaves*
Derrick Reaves, Petitioner
pro se
#349-081
P.O. Box 5500
Chillicothe, Ohio 45601