UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 DEC 19 PM 3:46

Derrick Reaves, :
    Petitioner, :
                     :    Case No: C-1-02-100
                     :
V. :
                     :    Appointment of Counsel
                     :
Tim Brunsman, :
    Respondent. :

## REQUEST FOR APPOINTMENT OF COUNSEL

    Derrick Reaves, Petitioner, in pro se, respectfully requests this court to Appoint Counsel in the above captioned case. Petitioner requests that the United States District Court Appoint Counsel to further pursue Petitioner's issues to the Six Circuit Court of Appeals. Petitioner contends that counsel is needed to perfect appeal because Petitioner's issues are more complicated to proceed further without Appointed Counsel. It is Petitioner's belief that if Counsel is not Appointed, Petitioner's rights would be effected by prejudice in proceeding in pro se.

    Wherefore, the Petitioner respectfully request that this court allows him to proceed with Appointed Counsel in the interest of Justice and fairness.

It is so prayed for.

                                                    *Derrick Reaves*
                                                    Derrick Reaves, Petitioner
                                                    pro se, #349-081

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this REQUEST FOR APPOINT-
MENT OF COUNSEL was sent by Regular U.S. Mail to: Attorney
General's Office, Correctional Litigation Section, Att. Jerri
Fosnaught, Assistant Attorney General, 150 East Gay Street,
16th Floor, Columbus, Ohio 43215 on this 12th day of Dec.,
2005.

                                        Derrick Reaves, Petitioner
                                        pro se

                                        *Derrick Reaves*
                                        Derrick Reaves, Petitioner
                                        pro se
                                        #349-081
                                        P.O. Box 5500
                                        Chillicothe, Ohio 45601