UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-3189

Filed: April 2, 2007

DERRICK REAVES

Petitioner - Appellant

v.

JAMES L. ERWIN, Warden

Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 3/8/07 the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE

Attest:

Filing Fee ...........$
Printing ............$

Total ........$

Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

LAURA JONES
(513) 564-7023
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: April 2, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 06-3189
    Reaves vs. Erwin
    District Court No. 02-00100

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Laura A. Jones
Case Manager

cc: Honorable Herman J. Weber
    Mr. Derrick Reaves
    Ms. Jerri L. Fosnaught

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202